IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BEN MASEL and BEN MASEL FOR UNITED
STATES SENATE,

                                                               ORDER

                    Plaintiffs,

                                                           07-C-454-C

     v.

MIKE MANSAVAGE, JOHN McCAUGHTRY,
MEAGAN MARY-LEE RUMPZA,
AMY CATHERINE COWELL, ROGER VOGTS,
MARK GUTHIER and BOARD OF REGENTS OF
THE UNIVERSITY OF WISCONSIN SYSTEM,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

      Entered this 20th day of November, 2007.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge