```
         IN THE UNITED STATES DISTRICT COURT

        FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BEN MASEL and BEN MASEL FOR
UNITED STATES SENATE,

            Plaintiffs,                       ORDER
                                             07-C-454-S
    v.

MIKE MANSAVAGE, JOHN MCCAUGHTRY,
MEAGAN MARY-LEE RUMPZA, AMY CATHERINE
COWELL, ROGER VOGTS and MARK GUTHIER,

            Defendants.
_____
```

ORDER

IT IS ORDERED that final pre-trial conference is scheduled for April 14, 2008 at 1:15 p.m. instead of May 1, 2008, pursuant to the provisions of Order Prior to Final Pre-trial Conference, a copy of which is enclosed.

All other dates in the Preliminary Pretrial Conference Order remain in effect.

Entered this 26th day of November, 2007.

                        BY THE COURT:

                            /s/

                        _____
                        JOHN C. SHABAZ
                        District Judge